UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CR00479 ERW |
| ) | |
| JUSTIN J. KUCHTA, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge [doc. #158] Terry I. Adelman, pursuant to 28 U.S.C. § 636(b)(1). The Report recommends that Defendant's Motion to Suppress Tape Recorded Telephone Conversations Between Defendant and Confidential Source [doc. #148] be denied. The Court notes that no objections were filed to the Report and Recommendation. The Court concludes that the Magistrate Judge's findings were correct, and therefore adopts the Magistrate Judge's findings of facts and conclusions of law.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Tape Recorded Telephone Conversations Between Defendant and Confidential Source [doc. #148] is **DENIED**.

Dated this 16th Day of May, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE